AO 257 (Rev. 6/78)


E-filing

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possess with the Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years imprisonment, $1,00,000 fine, life term of supervised release (with minimum 3 years), $100 special assessment. BUT PRIOR FILED UNDER 21 U.S.C. , § 851: 30 years imprisonment, $2,000,000 fine, life term of supervised release (with minimum 6 years), $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- DEFENDANT - U.S ----

▶ ENRICO JONES

DISTRICT COURT NUMBER

CR 08-382 SBA

(FILED JUN - 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND)

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)

DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 08MJ-70292WDB

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  W. DOUGLAS SPRAGUE, AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments:

E-filing

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3
4
   FILED
   JUN - 6 2008
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   OAKLAND
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11
12  UNITED STATES OF AMERICA,        )   No.  CR08-382  SBA
13          Plaintiff,                )   VIOLATION: 21 U.S.C. Sections 841(a)(1)
                                      )   and 841(b)(1)(C)
14      v.                            )
                                      )
15                                    )
    ENRICO JONES,                     )   OAKLAND VENUE
16                                    )
            Defendant.                )
17  _____ )

18                              I N F O R M A T I O N

19  The United States Attorney charges:

20      On or about February 20, 2008, in the Northern District of California, the defendant,

21                              ENRICO JONES,

22  did knowingly possess with the intent to distribute a mixture and substance containing a

23  detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United

24  States Code, Sections 841(a)(1) and 841(b)(1)(C).

25  //

26  DATED:    June 5, 2008              JOSEPH P. RUSSONIELLO
                                        United States Attorney
27
28                                      By _____
                                        W. DOUGLAS SPRAGUE
                                        Assistant U.S. Attorney

INFORMATION