O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 6 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

ENRICO JONES,

## WAIVER OF INDICTMENT

CASE NUMBER: 08-382 SBA

I, ENRICO JONES _____, the above named defendant, who is accused of

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possess with the Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ 6/6/2008 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ 6-6-08
         Judicial Officer