JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant U.S. Attorney

   1301 Clay Street; Suite 340-S
   Oakland, CA 94612
   (510) 637-3771
   (510) 637-3724
   e-mail:   doug.sprague@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|              Plaintiff, | ) | No. CR 03-40117 DLJ |
| v. | ) | |
| ENRICO JONES, | ) | |
|              Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
|              Plaintiff, | ) | No. CR 08-00382 SBA [Filed June 6, 2008] |
| v. | ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| ENRICO JONES, | ) | |
|              Defendant. | ) | (Oakland Venue) |

     Pursuant to Criminal Local Rule 8-1, the United States of America hereby notifies the Court that the two above-captioned criminal cases are related.

     The earlier filed case, United States v. Enrico Jones, is a supervised release violation filed by the Probation Office on or about May 6, 2008 (Form 12). That Form 12 has one charge, which is an allegation that on or about February 20, 2008, defendant Jones violated a general

NOTICE OF RELATED CASES

condition of his supervised release by possessing heroin.

The allegations set forth in the Information filed in the later-filed case, United States v. Enrico Jones (CR 08-00342 SBA), are essentially the same as those in the Form 12. Specifically, the Information alleges that on or about February 20, 2008, defendant Jones possessed heroin with the intent to distribute it.

Both of these cases concern the same defendant and the same alleged events, occurrences, transactions, and property. See Criminal Local Rules 8-1(b)(1) and (c)(3). Both of these cases appear likely to entail substantial duplication of labor if heard by different judges. See Criminal Local Rules 8-1(b)(2) and (c)(3).

For these reasons, the government submits that assignment to one judge is highly likely to conserve judicial resources and promote an efficient determination of the action. See Local Criminal Rule 8-1(b)(4).

Date: June 10, 2008                                                    Respectfully Submitted,

JOSEPH P. RUSSONIELLO

      /s/
W. DOUGLAS SPRAGUE
Assistant U.S. Attorney

NOTICE OF RELATED CASES