UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

v.                                                                  **No.** CR-08-00382-DLJ
                                                                   **(**related to CR-03-40117-DLJ)

**Defendant:** Enrico Jones[present; in custody]

**Appearances for AUSA:** Douglas Sprague

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STAT                          -HELD

**Notes:** The prior PSR from other district-Probation to provide copies to AUSA and Def attorney. Probation to provide copy of the new criminal history report to both counsel.

**Case Continued to 7/11/08 AT 9:00AM for CHANGE OF PLEA**

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**                  for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins: 6/20/08        Ends: 7/11/08**