1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ENRICO JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.  CR 03-40117 DLJ |
| Plaintiff, | ) | CR 08-00382 DLJ |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA, REVOCATION AND |
| ENRICO JONES, | ) | SENTENCING DATE |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea, revocation and sentencing date in this case, currently scheduled for Friday, July 11, 2008, before Honorable D. Lowell Jensen, may be continued to Monday, July 14, 2008, at 1:30 p.m. The reason for the request is that defense counsel will be unavailable on July 11, 2008 and would like to be present during the change of plea, revocation and sentencing. The parties have agreed upon an agreement which will be entered into in accordance with Rule 11(c)(1)(C) which will be submitted to the Court. In addition, counsel has spoken with United States Probation Officer Karen Mar who is available on Monday at 1:30 p.m. should the Court continue the matter until that time. The parties

*U S v. Enrico Jones*, CR 03-40117 DLJ; CR
08-00382 DLJ: Stip. Continuing Court Date          - 1 -

stipulate that the time from July 11, 2008, to July 14, 2008, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel.

/S/

DATED: July 8, 2005

JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: July 8, 2005

W. DOUGLAS SPRAGUE
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea, revocation and sentencing date in this case, currently scheduled for Friday, July 11, 2008, before Honorable D. Lowell Jensen, may be continued to Monday, July 14, 2008, at 1:30 p.m.

IT IS FURTHER ORDERED that the time from July 11, 2008, to July 14, 2008, be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel.

SO ORDERED.

DATED:July 9, 2008

HONORABLE D. LOWELL JENSEN
United States District Judge