UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:   July 14, 2008

**Clerk:** Frances Stone
**Court Reporter:** STARR WILSON

**Plaintiff:**  United States

v.                                                                                   **No.** CR-08-00382-DLJ
                                                                    (Related case is CR-03-40117-DLJ)

**Defendant:** Enrico Jones [present; in custody]

**Appearances for AUSA:** Christine Wong (for Doug Sprague)

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                              -HELD
Change of Plea- Not Held

**Notes:**

**Case Continued to  7/25/08 at 9:00AM  for  CHANGE OF PLEA**

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                          for Pretrial Conference

**Case Continued to**        for              Trial

**Excludable Delay: Category: Begins:**   7/14/08        **Ends:** 7/25/08