UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  July 25, 2008

**Clerk:** Frances Stone
**Court Reporter:** MARGO GURULE

**Plaintiff:**  United States

v.  No. CR-08-00382-DLJ
(Related to CR-03-40117-DLJ)

**Defendant:** Enrico Jones [present; in custody]

**Appearances for AUSA:** Douglas Sprague

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** not needed

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |
| Change of Plea | -Not Held |

**Notes:**

**Case Continued to  8/1/08 at 9:00AM   for  CHANGE OF PLEA**

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**           for           Trial

**Excludable Delay: Category: Begins:**           **Ends:**