1   BARRY J. PORTMAN
     Federal Public Defender
2   JOYCE LEAVITT
     Assistant Federal Public Defender
3   555 12th Street, Suite 650
     Oakland, CA 94607-3627
4   (510) 637-3500

5   Counsel for Defendant ENRICO JONES

6

7

8

9                 IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.  CR 03-40119 DLJ |
|           Plaintiff, | ) |       CR 08-00382 DLJ |
| | ) | |
|   v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA, REVOCATION AND |
| ENRICO JONES, | ) | SENTENCING DATE |
| | ) | |
|           Defendant. | ) | |

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

19 plea, revocation and sentencing date in this case, currently scheduled for Friday, August 1, 2008,

20 before Honorable D. Lowell Jensen, may be continued to Friday, August 8, 2008, at 9:00 a.m.  The

21 reason for the request is that defense counsel is discussing a global resolution of the federal case with

22 a pending San Francisco case which involves the same transaction.  The San Francisco district

23 attorney's office has determined that it will not dismiss its case but will make the time concurrent,

24 however, the details are still being resolved.  Another week should be enough time to get the matter

25

26

*U S v. Enrico Jones*, CR 03-40117 DLJ; CR
08-00382 DLJ: Stip. Continuing Court Date      - 1 -

resolved so that Mr. Jones can plead guilty in accordance with the Rule 11(c)(1)(C) plea agreement

and be sentenced.  The parties stipulate that the time from August 1, 2008, to August 8, 2008, should

be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

adequate preparation of counsel.

DATED: July 31, 2008                          _____/S/_____
                                              JOYCE LEAVITT
                                              Assistant Federal Public Defender

DATED: July 31, 2008                          _____/S/_____
                                              W. DOUGLAS SPRAGUE
                                              Assistant United States Attorney

      I hereby attest that I have on file all holograph signatures for any signatures indicated by a
conformed signature "/s/" within this e-filed document.

# ORDER

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea, revocation

and sentencing date in this case may be continued to Friday, August 8, 2008, at 9:00 a.m.

      IT IS FURTHER ORDERED that the time from August 1, 2008, to Augsut 8, 2008, be

excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

adequate preparation of counsel to allow counsel to resolve the San Francisco case as well.  The

Court finds that the ends of justice served by the granting of the continuance outweigh the best

interests of the public and the defendant in a speedy and public trial and the failure to grant the

requested continuance would unreasonably deny counsel the reasonable time necessary for effective

preparation, taking into account due diligence.

      SO ORDERED.

DATED:                                        _____
                                              HONORABLE D. LOWELL JENSEN
                                              United States District Judge

*U S v. Enrico Jones*, CR 03-40117 DLJ; CR
08-00382 DLJ: Stip. Continuing Court Date          - 2 -