1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant ENRICO JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 03-40117 DLJ |
| Plaintiff, | ) | CR 08-00382 DLJ |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA, REVOCATION AND |
| ENRICO JONES, | ) | SENTENCING DATE |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea, revocation and sentencing date in this case, currently scheduled for Friday, August 1, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, August 8, 2008, at 9:00 a.m. The reason for the request is that defense counsel is discussing a global resolution of the federal case with a pending San Francisco case which involves the same transaction. The San Francisco district attorney's office has determined that it will not dismiss its case but will make the time concurrent, however, the details are still being resolved. Another week should be enough time to get the matter

*U S v. Enrico Jones*, CR 03-40117 DLJ; CR
08-00382 DLJ: Stip. Continuing Court Date          - 1 -

resolved so that Mr. Jones can plead guilty in accordance with the Rule 11(c)(1)(C) plea agreement and be sentenced. The parties stipulate that the time from August 1, 2008, to August 8, 2008, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: July 31, 2008           _____/S/_____
                               JOYCE LEAVITT
                               Assistant Federal Public Defender

DATED: July 31, 2008           _____/S/_____
                               W. DOUGLAS SPRAGUE
                               Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea, revocation and sentencing date in this case may be continued to Friday, August 8, 2008, at 9:00 a.m.

IT IS FURTHER ORDERED that the time from August 1, 2008, to Augsut 8, 2008, be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to resolve the San Francisco case as well. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:                         _____
                               HONORABLE D. LOWELL JENSEN
                               United States District Judge