BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant ENRICO JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                         )<br>            Plaintiff,                          )<br>                                                         )<br>    v.                                                )<br>                                                         )<br>                                                         )<br>ENRICO JONES,                              )<br>                                                         )<br>            Defendant.                      ) | No.  CR 03-40117 DLJ<br>**CR 08-00382 DLJ**<br><br>STIPULATION AND<br>ORDER CONTINUING CHANGE OF<br>PLEA, REVOCATION AND<br>SENTENCING DATE |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea, revocation and sentencing date in this case, currently scheduled for Friday, August 1, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, August 8, 2008, at 9:00 a.m. The reason for the request is that defense counsel is discussing a global resolution of the federal case with a pending San Francisco case which involves the same transaction. The San Francisco district attorney's office has determined that it will not dismiss its case but will make the time concurrent, however, the details are still being resolved. Another week should be enough time to get the matter resolved so that Mr. Jones can plead guilty in accordance with the Rule 11(c)(1)(C) plea agreement

1  and be sentenced.  The parties stipulate that the time from August 1, 2008, to August 8, 2008, should

2  be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

3  adequate preparation of counsel.

4  DATED: July 31, 2008                             _____/S/_____
5                                                                  JOYCE LEAVITT
                                                                     Assistant Federal Public Defender
6

7  DATED: July 31, 2008                             _____/S/_____
                                                                     W. DOUGLAS SPRAGUE
8                                                                  Assistant United States Attorney

9       I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    conformed signature "/s/" within this e-filed document.
10

11                                               **ORDER**

12      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea, revocation

13  and sentencing date in this case may be continued to Friday, August 8, 2008, at 9:00 a.m.

14      IT IS FURTHER ORDERED that the time from August 1, 2008, to August 8, 2008, be
15
16  excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

17  adequate preparation of counsel to allow counsel to resolve the San Francisco case as well.  The

18  Court finds that the ends of justice served by the granting of the continuance outweigh the best

19  interests of the public and the defendant in a speedy and public trial and the failure to grant the
20
21  requested continuance would unreasonably deny counsel the reasonable time necessary for effective

22  preparation, taking into account due diligence.

23      SO ORDERED.

24  DATED: July 31, 2008                             _____
                                                                     HONORABLE D. LOWELL JENSEN
25                                                                  United States District Judge

26