UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  8/29/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**   **No.** CR-08-00382-DLJ
          (related to CR-03-40117-DLJ)

**Defendant:** Enrico Jones [present; in custody]

**Appearances for AUSA:** Doug Sprague

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
9am- STAT                         -HELD
11AM- case recalled and STAT      -HELD

**Notes:**

**Case Continued to**   9/5/08 AT 9:00AM   for  Stat

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                 for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**   8/29/08       **Ends:** 9/5/08